**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Wendy A. SCHULTZ, Petitioner**

**No. 657 MAL 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.